*Richmond D. Moot* for appellants.

*Jacob K. Javits, Attorney-General (Henry S. Manley* and *Richard H. Shepp* of counsel), for respondent.

In each claim, the appeal from the judgment — which constitutes the appealable paper — dismissed, with costs, upon the ground that no substantial constitutional question is presented. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT YOUKON, MILTON YOUKON, NICHOLAS YOUKON, PETER YOUKON, DOROTHY YOUKON, BLANCHE YOUKON and HELEN YOUKON, Appellants.

Argued June 9, 1955; decided July 8, 1955.

*Jacob W. Friedman* for appellants.

*Joseph F. Gagliardi, District Attorney (M. Morton Edmiston, Jr., and Douglas L. McGuire* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.